UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

    Meir Maslavi

Case No.: 8-10-70623-reg

    Debtors.

Chapter ~~7~~ *11*

-------------------------------------------------------X

## STIPULATION AND ORDER CONSENTING TO TRANSFER OF VENUE OF THIS CHAPTER 11 CASE TO THE SOUTHER DISTRICT OF NEW YORK

WHEREAS, Meir Maslavi (the "Debtor") filed a voluntary Chapter 13 petition in the Eastern District of New York on January 29, 2010; and

WHEREAS, the Debtor's chapter 13 case was converted to a case under chapter 11 of the Bankruptcy Code on May 12, 2010; and

WHEREAS, the Debtor is the sole shareholder of Adir M. Corp.("Adir"), a debtor in a chapter 11 case pending in the Southern District of New York under case No. 09-15062-mg (the "Southern District Case"); and

WHEREAS, the Debtor's case and the Adir case are affiliated and related cases; and

WHEREAS, the United States Trustee advised Counsel that based upon the pre-existing Southern District Case, a motion to change venue would be appropriate; and

WHEREAS, pursuant to 28 U.S.C. §1412, the Court may transfer venue to another district, in the interest of justice or for the convenience of the parties;

NOW, THEREFORE, subject to the entry of this stipulation and order by the Court approving the terms and conditions of this Stipulation, IT IS HEREBY STIPULATED AND AGREED, by and between the Debtor the United States Trustee, as follows:

Based on the foregoing, the Debtor hereby consents to the entry of this stipulation and

order transferring venue of this chapter 11 case under 28 U.S. C. §1412 to the Southern District of New York.

| | |
|---|---|
| Dated: Central Islip, New York<br>August 30, 2010 | Dated: New York, New York<br>August 27, 2010 |
| TRACY HOPE DAVIS<br>UNITED STATES TRUSTEE | THE RICHARD L. ROSEN LAW FIRM, PLLC<br>ATTORNEY FOR THE DEBTOR |
| By: *s/ Alfred M. Dimino*<br>    Alfred M. Dimino, Esq.<br>    560 Federal Plaza<br>    Central Islip, New York 11722<br>    (631) 715-7800 | By: *s/ Richard L. Rosen*<br>    Richard L. Rosen, Esq.<br>    110 East 59th Street<br>    23rd Floor<br>    New York, New York 10022<br>    (212) 644-6644 |

**Stipulation So Ordered:**

Dated: Central Islip, New York
    August 31, 2010

Robert E. Grossman
United States Bankruptcy Judge