# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
United States Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

## NOTICE OF TRANSFERRED CASE/ADVERSARY TO ANOTHER DISTRICT

___ VIA FEDERAL EXPRESS   ___ VIA E-MAIL   _X_ VIA SYSTEM SERVER

AN ORDER WAS SIGNED ON: **8/31/2010**   BY: Judge Grossman

OF THE EASTERN DISTRICT OF NEW YORK TRANSFERRING:

CASE NO: **810-70623-reg**

ADVERSARY NO: _____

DEBTOR(S) NAME: **Meir Maslavi**

TO: **US Bankruptcy Court of the Southern District**

IN COMPLIANCE WITH THAT ORDER, WE HAVE PROVIDED THE FOLLOWING:

COPY OF THE DOCKET   **X**

DOCUMENT NO. **1**   TO **37**

COPY OF ADVERSARY DOCKET ____

CASE DOCUMENT NO. ___ TO ___

CLAIMS REGISTER ___ CLAIM NO. ___ TO ___

OTHER _____

KINDLY AFFIX THE NEW NUMBER AND DATE OF RECEIPT ON THE COPY AND RETURN

IF YOU HAVE ANY QUESTIONS, PLEASE CALL ME AT (631) 712-6239

NEW CASE NO: _____   DATE RECEIVED: _____

ADVERSARY NO. _____   DATE RECEIVED: _____

ROBERT A. GAVIN JR, CLERK

BY: **D Lewis**
Diana Lewis, Supervisor

DATED: CENTRAL ISLIP, NEW YORK
September 1 2010

USBC-58   Rev. 9/13/00